UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YACER CISCAL MORALES (A-246-534-387),<br>Petitioner,<br>v.<br>SERGIO ALBARRAN, et al.,<br>Respondents. | No. 1:26-cv-6580 CSK |
| YACER CISCAL MORALES (A-246-534-387),<br>Petitioner,<br>v.<br>WARDEN, CENTRAL VALLEY ANNEX, et al.,<br>Respondents. | No. 1:26-cv-8735 KES EPG<br><br>ORDER |

Petitioner is a citizen and native of Cuba, proceeding pro se with petitions for writs of habeas corpus pursuant to 28 U.S.C. § 2241. Examination of the above-entitled actions reveals that these cases are related within the meaning of Local Rule 123(a). The actions involve the same property, transaction or event and similar questions of fact and the same question of law.

Accordingly, assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties. In petitioner's first case, all parties consented to the jurisdiction of a magistrate judge. 28 U.S.C. § 636(c).

The parties should be aware that relating the cases under Local Rule 123 merely has the result that the actions are assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned. If all parties do not consent to the jurisdiction of the magistrate judge in the reassigned case, a district judge will be assigned at the time findings and recommendations issue.

Therefore, IT IS HEREBY ORDERED that:

1. The action denominated as 1:26-cv-8735 KES EPG is reassigned to Magistrate Judge Chi Soo Kim for all further proceedings, and any dates currently set in the reassigned case only are hereby VACATED. Henceforth, the caption on documents filed in the reassigned case shall be shown as No. 1:26-cv-8735 CSK.

2. The Clerk of the Court is directed to make appropriate adjustment in the assignment of civil cases to compensate for this reassignment, and shall send the parties the Consent/Decline of U.S. Magistrate Judge Jurisdiction form, accompanied by the Chief Judge's letter concerning Magistrate Judge Consent in Civil Cases.

3. If any party has not yet filed a Magistrate Judge Consent/Decline form, the parties shall complete and return the Magistrate Judge Consent/Decline form within thirty days from the date of this order.

Dated: October 27, 2026

Chi Soo Kim

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/mora8735.860